UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WILLIAM ALVAREZ,

                                                    *Plaintiff*,        **NOTICE OF MOTION**

         -against-                               22-CV-0186

C.O. CALEB BAUSE, C.O. SKYLER TUTTLE, C.O.        LEK/DJS
ANTHONY FARINA, C.O. MICHAEL BABICZ, and
SGT. GLENN TROMBLEY,

                                          *Defendants*.

---

       PLEASE TAKE NOTICE that upon the accompanying Declaration of William A. Scott and accompanying Memorandum of Law, the Office of the New York State Attorney General, on a date and time to be scheduled upon filing by the Clerk of Court, or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Albany, New York, pursuant to Northern District of New York Local Rule 11.1(b) for an order allowing the Office of the New York State Attorney General to withdraw as counsel for Defendants Caleb Bause, Michael Babicz, Skyler Tuttle, Glenn Trombly and Anthony Farina.

Dated: Albany, New York
      January 9, 2025

                                      LETITIA JAMES
                                      Attorney General of the State of New York
                                      Attorney for Defendants, Caleb Bause, Michael Babicz, Skyler Tuttle, Glenn Trombley, and Anthony Farina
                                      The Capitol
                                      Albany, New York 12224

                                      By: _____
                                      Matthew J. Gallagher
                                      Assistant Attorney General, of Counsel
                                      Bar Roll No. 701111
                                      Telephone: (518) 776-2284
                                      Fax:    (518) 915-7734 (Not for service of papers)
                                      Email: matthew.gallagher@ag.ny.gov

To:    Edward Sivin, Esq.
        Glenn Miller, Esq.
        Sivin, Miller & Roche LLP
        20 Vesey Street
        Suite 1400
        New York, NY  10007
        (*via ECF*)

        Defendants
        (*via email*)