UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WILLIAM ALVAREZ,

                        *Plaintiff*,

-against-

C.O. CALEB BAUSE, C.O. SKYLER TUTTLE, C.O.
ANTHONY FARINA, C.O. MICHAEL BABICZ, and
SGT. GLENN TROMBLEY,

                        *Defendants.*

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

22-CV-0186

LEK/DJS

---

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, Defendants Michael Babicz, Caleb Bause, Anthony Farina, Glenn Trombly, and Skyler Tuttle, substitute Ryan Donovan, CONWAY, DONOVAN & MANLEY, PPLC, as counsel of record in place of the New York State Office of the Attorney General.

I consent to the above substitution.

Date: January 21, 2025

_____
Michael Babicz

I consent to the above substitution.

Date: January ___, 2025

_____
Caleb Bause

I consent to the above substitution.

Date: January ___, 2025

_____
Anthony Farina

I consent to the above substitution.

Date: January ___, 2025

_____
Glenn Trombly

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WILLIAM ALVAREZ

                                         Plaintiff,        CONSENT ORDER
                                                             GRANTING
                      -against-                          SUBSTITUTION OF
                                                              ATTORNEY

C.O. CALEB BAUSE, C.O. SKYLER TUTTLE, C.O.
ANTHONY FARINA, C.O. MICHAEL BABICZ, and        22-CV-0186
SGT. GLENN TROMBLEY
                                                              LEK/DJS
                                        Defendants.

---

Pursuant to NDNY Local Rule 1.1.1, notice is hereby given that, subject to approval by the Court, Defendants Michael Babicz, Caleb Bause, Anthony Farina, Glenn Trombly, and Skyler Tuttle, substitute Ryan Donovan, CONWAY, DONOVAN & MANLEY, PLLC, as counsel of record in place of the New York State Office of the Attorney General.

I consent to the above substitution.

Date: January ___, 2025                                               Michael Babicz

I consent to the above substitution.

Date: January 23, 2025                                           Caleb Bause

I consent to the above substitution.

Date: January ___, 2025                                               Anthony Farina

I consent to the above substitution.

Date: January ___, 2025                                               Glenn Trombly

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WILLIAM ALVAREZ,

                                  *Plaintiff*,

-against-

C.O. CALEB BAUSE, C.O. SKYLER TUTTLE, C.O. ANTHONY FARINA, C.O. MICHAEL BABICZ, and SGT. GLENN TROMBLEY,

                                  *Defendants*.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

22-CV-0186

LEK/DJS

---

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, Defendants Michael Babicz, Caleb Bause, Anthony Farina, Glenn Trombly, and Skyler Tuttle, substitute Ryan Donovan, CONWAY, DONOVAN & MANLEY, PPLC, as counsel of record in place of the New York State Office of the Attorney General.

I consent to the above substitution.

Date: January ___, 2025                        Michael Babicz

I consent to the above substitution.

Date: January ___, 2025                        Caleb Bause

I consent to the above substitution.

Date: January 22, 2025                        *[signature]* Anthony Farina

I consent to the above substitution.

Date: January ___, 2025                        Glenn Trombly

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WILLIAM ALVAREZ,

         *Plaintiff,*

-against-

C.O. CALEB BAUSE, C.O. SKYLER TUTTLE, C.O. ANTHONY FARINA, C.O. MICHAEL BABICZ, and SGT. GLENN TROMBLEY,

         *Defendants.*

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

22-CV-0186

LEK/DJS

---

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, Defendants Michael Babicz, Caleb Bause, Anthony Farina, Glenn Trombly, and Skyler Tuttle, substitute Ryan Donovan, CONWAY, DONOVAN & MANLEY, PPLC, as counsel of record in place of the New York State Office of the Attorney General.

I consent to the above substitution.

Date: January ___, 2025        Michael Babicz

I consent to the above substitution.

Date: January ___, 2025        Caleb Bause

I consent to the above substitution.

Date: January ___, 2025        Anthony Farina

I consent to the above substitution.

Date: January _2_, 2025        Glenn Trombly
                Glenn Trombly

I consent to the above substitution.

Date: January 22, 2025

/s/ Skyler Tuttle
Skyler Tuttle

I consent to being substituted.

Date: January 24, 2025

LETITIA JAMES
New York State Attorney General
The Capitol
Albany, New York 12224

/s/ Matthew J. Gallagher
Matthew J. Gallagher
Assistant Attorney General
Bar Roll No. 701111
Telephone: (518) 776-2284
Fax: (518) 915-7734
Email: matthew.gallagher@ag.ny.gov

I consent to the above substitution.

Date: January ___, 2025

CONWAY, DONOVAN & MANLEY, PLLC

By: _____
Ryan T. Donovan, Esq.
50 State Street, 2nd Floor
Albany, New York 12207
Bar Roll No. 105803
(518) 436-1661
RDonovan@lawcdm.com

The substitution of attorney is hereby approved and SO ORDERED.

Date: _____

_____
Judge

I consent to the above substitution.

Date: January ___, 2025

Skyler Tuttle

I consent to being substituted.

Date: January 21, 2025

LETITIA JAMES
New York State Attorney General
The Capitol
Albany, New York 12224

*Matthew J. Gallagher* (signature)

Matthew J. Gallagher
Assistant Attorney General
Bar Roll No. 701111
Telephone: (518) 776-2284
Fax: (518) 915-7734
Email: matthew.gallagher@ag.ny.gov

I consent to the above substitution.

Date: January ___, 2025

CONWAY, DONOVAN & MANLEY, PPLC

Ryan T. Donovan, Esq.
50 State Street, 2nd Floor
Albany, New York 12207
Bar Roll No. 105803
(518) 436-1661
RDonovan@lawcdm.com

The substitution of attorney is hereby approved and SO ORDERED.

Date: _____

_____
Judge

2