UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WILLIAM ALVAREZ,

                              *Plaintiff*,

-against-

C.O. CALEB BAUSE, C.O. SKYLER TUTTLE, C.O.
ANTHONY FARINA, C.O. MICHAEL BABICZ, and
SGT. GLENN TROMBLEY,

                              *Defendants*.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

22-CV-0186

LEK/DJS

---

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, Defendants Michael Babicz, Caleb Bause, Anthony Farina, Glenn Trombly, and Skyler Tuttle, substitute Ryan Donovan, CONWAY, DONOVAN & MANLEY, PPLC, as counsel of record in place of the New York State Office of the Attorney General.

I consent to the above substitution.

Date: January 21, 2025            _[signature]_
                                            Michael Babicz

I consent to the above substitution.

Date: January ___, 2025                     Caleb Bause

I consent to the above substitution.

Date: January ___, 2025                     Anthony Farina

I consent to the above substitution.

Date: January ___, 2025                     Glenn Trombly

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WILLIAM ALVAREZ

                                    Plaintiff,           CONSENT ORDER
                                                                GRANTING
                                    -against-                           SUBSTITUTION OF
                                                                             ATTORNEY

C.O. CALEB BAUSE, C.O. SKYLER TUTTLE, C.O.
ANTHONY FARINA, C.O. MICHAEL BABICZ, and        22-CV-0186
SGT. GLENN TROMBLEY,
                                                                                 LEK/DJS

                                                            *Defendants*
_____

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, Defendants Michael Babicz, Caleb Bause, Anthony Farina, Glenn Trombly, and Skyler Tuttle, substitute Ryan Donovan, CONWAY, DONOVAN & MANLEY, PPLC, as counsel of record in place of the New York State Office of the Attorney General.

I consent to the above substitution

Date: January ___, 2025                                       _____
                                                                        Michael Babicz

I consent to the above substitution

Date: January 23, 2025                                          _____
                                                                        Caleb Bause

I consent to the above substitution

Date: January ___, 2025                                       _____
                                                                        Anthony Farina

I consent to the above substitution

Date: January ___, 2025                                       _____
                                                                        Glenn Trombly

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WILLIAM ALVAREZ,

                                      *Plaintiff*,            **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

-against-

C.O. CALEB BAUSE, C.O. SKYLER TUTTLE, C.O. ANTHONY FARINA, C.O. MICHAEL BABICZ, and SGT. GLENN TROMBLEY,       22-CV-0186

                                    *Defendants.*              LEK/DJS

---

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, Defendants Michael Babicz, Caleb Bause, Anthony Farina, Glenn Trombly, and Skyler Tuttle, substitute Ryan Donovan, CONWAY, DONOVAN & MANLEY, PPLC, as counsel of record in place of the New York State Office of the Attorney General.

I consent to the above substitution.

Date: January ___, 2025                              Michael Babicz

I consent to the above substitution.

Date: January ___, 2025                              Caleb Bause

I consent to the above substitution.

Date: January 22, 2025                               Anthony Farina

I consent to the above substitution.

Date: January ___, 2025                              Glenn Trombly

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WILLIAM ALVAREZ,

                                  *Plaintiff*,

-against-

C.O. CALEB BAUSE, C.O. SKYLER TUTTLE, C.O. ANTHONY FARINA, C.O. MICHAEL BABICZ, and SGT. GLENN TROMBLEY,

                                  *Defendants*.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

22-CV-0186

LEK/DJS

---

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, Defendants Michael Babicz, Caleb Bause, Anthony Farina, Glenn Trombly, and Skyler Tuttle, substitute Ryan Donovan, CONWAY, DONOVAN & MANLEY, PPLC, as counsel of record in place of the New York State Office of the Attorney General.

I consent to the above substitution.

Date: January ___, 2025                                Michael Babicz

I consent to the above substitution.

Date: January ___, 2025                                Caleb Bause

I consent to the above substitution.

Date: January ___, 2025                                Anthony Farina

I consent to the above substitution.

Date: January _2_, 2025                                _Glenn Trombly_
                                                             Glenn Trombly

I consent to the above substitution.

Date: January 22, 2025

Skyler Tuttle

I consent to being substituted.

Date: January 22, 2025

LETITIA JAMES
New York State Attorney General
The Capitol
Albany, New York 12224

Matthew Gallagher
Assistant Attorney General
Bar Roll No. 701111
Telephone: (518) 915-2284
Fax: (518) 915-7734
Email: matthew.gallagher@ag.ny.gov

It is hereby so ordered that the above substitution of counsel is hereby approved and SO ORDERED

Date: January __, 2025

_____
Judge

Ryan T. Donovan, Esq.
CONWAY, DONOVAN & MANLEY, PLLC
50 State Street, 2nd Floor
Albany, New York 12207
Bar Roll No. 105803
Tel: (518) 436-1661
RTDonovan@cdmlawpllc.com

I consent to the above substitution.

Date: January ___, 2025

_____
Skyler Tuttle

I consent to being substituted.

Date: January 21, 2025

LETITIA JAMES
New York State Attorney General
The Capitol
Albany, New York 12224

_____
Matthew J. Gallagher
Assistant Attorney General
Bar Roll No. 701111
Telephone:  (518) 776-2284
Fax: (518) 915-7734
Email: matthew.gallagher@ag.ny.gov

I consent to the above substitution.

Date: January ___, 2025

CONWAY, DONOVAN & MANLEY, PPLC

_____
Ryan T. Donovan, Esq.
50 State Street, 2nd Floor
Albany, New York 12207
Bar Roll No. 105803
(518) 436-1661
RDonovan@lawcdm.com

The substitution of attorney is hereby approved and SO ORDERED.

Date: _1/27/2025_                _____
                                  Judge

2