# SIVIN, MILLER & ROCHE, LLP

20 Vesey Street, Suite 1400
New York, NY 10007
Phone: 212 349-0300
Fax: 212 406-9462

June 25, 2025

Hon. Anthony J. Brindisi, U.S. District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

                Re: Alvarez v. Bause, et al.
                Case No. 9:22-cv-00186-AJB-DJS

Your Honor:

The undersigned represents Plaintiff in the above matter. I write, jointly with defense counsel Ryan T. Donavan, in response to the Court's June 5, 2025 text order directing the parties to file a status report by 7/2/2025 indicating their readiness for trial or if they are amenable to a settlement conference.

The parties are ready for trial, and request that the Court schedule a conference to discuss a potential trial date. The parties believe that a settlement conference would be premature at this time, as Plaintiff has just conveyed a settlement demand to Defendants, and it may take up to several months for the New York Department of Corrections and Community Supervision (DOCCS), which employed Defendants, to formulate a response. While a settlement conference *may* be helpful once DOCCS responds to Plaintiff's settlement demand, the parties do not seek to delay the scheduling of a trial based on that possibility.

Thank you.

                Very truly yours,

                *s/ Edward Sivin*
                Edward Sivin

ES/lo

Cc: All counsel, via ECF