**Conway, Donovan & Manley, PLLC**
ATTORNEYS AND COUNSELORS AT LAW

MICHAEL C. CONWAY
RYAN T. DONOVAN*
RYAN E. MANLEY

LAUREN MORDACQ
LUKAS HOROWITZ

CHRISTIAN F. HUMMEL
*Senior Counsel*

\* Also admitted in Massachusetts

Telephone: 518.436.1661
Facsimile: 518.432.1996
Service by fax not accepted

www.lawcdm.com

September 30, 2025

**VIA ECF**

Honorable Anthony J. Brindisi
U.S. Magistrate Judge
James T. Foley Courthouse
445 Broadway, Room 441
Albany, New York 12207

Re:   Alvarez v. Babicz, et. al.
      Case No.: 9:22-cv-186 (LEK/DJS)

Dear Judge Brindisi:

On behalf of the Defendants in this matter, I regret to inform you that as of the date of this letter I have not received authorization to enter into settlement negotiations with the Plaintiff. It is my understanding that the recommendation from the undersigned was received by DOCCS on July 22, 2025, it was processed through DOCCS and is now at the Attorney General's Office waiting for an approval as required by Section 17 of the Public Officer's Law. As soon as I have authorization, I will contact Plaintiff's counsel and update the Court.

Plaintiff has agreed to keep his demand open for another thirty (30) days.

If anything further is needed, please do not hesitate to contact me.

Thank you.

Respectfully Submitted,

**CONWAY, DONOVAN & MANLEY, PLLC**

*Ryan T. Donovan*

Ryan T. Donovan, Esq.
RDonovan@lawcdm.com

RTD:phb
cc.:   All counsel via ECF