CAPEZZA HILL, LLP
ATTORNEYS AT LAW

Benjamin W. Hill, Esq.
*Partner*

November 6, 2026

***Via ECF***

Honorable Anthony J. Brindisi
United States District Judge
Northern District of New York
10 Broad Street
Utica, New York 13501

Re: *Alvarez v. Bause et al.*, No: 22-CV-186

Dear Judge Brindisi:

This firm represents Defendants Bause, Tuttle, and Babicz in the above-referenced action. This matter is scheduled to proceed to trial on November 9, 2026. This week, Mr. Bause had an unexpected death in his family. The services for his family member are to take place on Tuesday, November 10, 2026, at 11 a.m. We respectfully request that the Court excuse Mr. Bause from trial from 10:30 am to 1 pm on November 10th so that he may attend the funeral services. Defendant Bause does not seek to pause or otherwise delay the proceedings during this brief absence.

We also request the Court provide the following instruction to the jury regarding his absence:

> You will notice that Mr. Bause will be absent for a portion of the trial today. Mr. Bause's absence has been approved by the Court due to an emergent family matter. You are not to draw any inferences – favorable or unfavorable – from his absence from this portion of the trial.

Respectfully submitted,

**CAPEZZA HILL, LLP**

By:___________________________
Benjamin W. Hill, Esq.

30 South Pearl Street | Suite P-110 | Albany, New York 12207
518-478-6065 | ben@capezzahill.com